No. 81–960.   LOCKE ET AL. *v.* FLORIDA.   Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of substantial federal question.

No. 81–1035.   LAIRD, AKA HORNE, ET AL. *v.* SOUTH CAROLINA.   Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–629.   MAREN ENGINEERING CORP. *v.* VELMOHOS. Appeal from Sup. Ct. N. J.   Judgment vacated and case remanded for further consideration in light of *G. D. Searle & Co.* v. *Cohn, ante,* p. 404.   JUSTICE REHNQUIST, JUSTICE STEVENS, and JUSTICE O'CONNOR would dismiss the appeal for want of jurisdiction.

No. 80–663.   KELSEY-HAYES, INC. *v.* HOPKINS.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *G. D. Searle & Co.* v. *Cohn, ante,* p. 404.

No. A–672.   ERNEST *v.* COHEN, UNITED STATES ATTORNEY FOR THE DISTRICT OF MAINE, ET AL.   Application for injunction, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 80–1121.   UNITED STATES *v.* CLARK ET AL., 454 U. S. 555.   Motion of respondents not to tax costs denied.

No. 80–2100.   ROGERS ET AL. *v.* LODGE ET AL.   C. A. 5th Cir.   [Probable jurisdiction noted, 454 U. S. 811.]   Motion of appellants for leave to file a delayed reply brief granted.